IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CEDRIC JONES, SR., | ) |
| Plaintiff, | ) |
| v. | ) No. 3:14-cv-01229 |
| CHERYL A. BLACKBURN *et al.*, | ) Judge Trauger |
| Defendants. | ) |

## ORDER

Plaintiff Cedric Jones, Sr., a state prisoner presently incarcerated at the West Tennessee State Penitentiary in Henning, Tennessee, originally filed this action in the United States District Court for the Western District of Tennessee. The matter has been transferred to this court as the appropriate venue. The plaintiff's amended complaint (ECF No. 18, 18-1, 18-3) is before the court for an initial review pursuant to the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. §§ 1915(e)(2) and 1915A.

For the reasons explained in the accompanying Memorandum Opinion, the court finds that the complaint fails to state a claim for which relief may be granted. The claims against defendants Chris B. Craft, Robert Carrigan, "Jane Doe 'Rena,'" and Davidson County are hereby **DISMISSED WITH PREJUDICE** in their entirety. The claims for damages against defendant Cheryl A. Blackburn are **DISMISSED WITH PREJUDICE**, and the claims against defendant Blackburn for injunctive relief are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

The Clerk of Court is directed to enter judgment in this action in accordance with Rule 58 of the Federal Rules of Civil Procedure.

Aleta A. Trauger
United States District Judge