**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CEDRIC JONES, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:14-cv-01229** |
| | ) | |
| **CHERYL A. BLACKBURN** *et al.,* | ) | **Judge Trauger** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The plaintiff's Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction (ECF No. 31), docketed two days after judgment was entered in this case, is **DENIED** as **MOOT**, the complaint in this action having been dismissed.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge